FILED

APR 1 0 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 1120 JM |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| MARCO BALERO-ESCOBAR, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about March 10, 2008, within the Southern District of California, defendant MARCO BALERO-ESCOBAR, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to federal officer that he had not been previously incarcerated when in truth he had been previously incarcerated, whereas in truth and fact, as defendant then and there well knew that statement

//
//
//
//

CJB:es:San Diego
4/9/08

1 and representation was false, fictitious and fraudulent when made; in
2 violation of Title 18, United States Code, Section 1001.
3   DATED: 4/10/08 .

KAREN P. HEWITT
United States Attorney

*signature*
for CARLA J. BRESSLER
Assistant U.S. Attorney