AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

_____Marco Bolero-Escobar_____

CASE NUMBER: 08CR 1120 -JM

I, _____Marco Bolero-Escobar_____, the above named defendant, who is accused of

18 USC §1001 (False Statement to a Federal Officer)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____April 10, 2008_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Marco Balero Escobar
*Defendant*

[signature]
*Counsel for Defendant*

Before [signature]
*Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd