1  **SHAFFY MOEEL**
   Cal. Bar No. 238732
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  shaffy_moeel@fd.org

5
   Attorneys for Mr. Balero-Escobar
6

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10                         (**HONORABLE JEFFREY T. MILLER**)

11 | UNITED STATES OF AMERICA,        )  U.S.D.C. NO. 08CR1120-JM
                                      )
12 |              Plaintiff,          )  DATE: June 25, 2008
                                      )  TIME:  10:00 a.m.
13 | v.                               )
                                      )  NOTICE OF MOTIONS AND MOTIONS TO:
14 | MARCO BALERO-ESCOBAR,            )
                                      )  1)   COMPEL DISCOVERY AND PRESERVE
15 |              Defendant.          )       EVIDENCE; AND
                                      )  2)   LEAVE TO FILE FURTHER MOTIONS
16                                    )
   _____    )  _____
17

18 TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        CARLA BRESSLER, ASSISTANT UNITED STATES ATTORNEY:
19

20      PLEASE TAKE NOTICE that on June 25, 2008, at 10:00 a.m. or as soon thereafter as counsel may be

21 heard, the defendant, Marco Balero-Escobar, by and through his counsel, Shaffy Moeel and Federal

22 Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

# MOTIONS

The defendant, Marco Balero-Escobar, by and through his attorneys, Shaffy Moeel and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery and preserve evidence; and
2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: June 12, 2008

*/s/ Shaffy Moeel*
**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Balero-Escobar

08CR1120