MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs **MARCO BALERO-ESCOBAR**                    No. 08CR1120-JM

The Court finds excludable delay, under the section indicated by check ( √ ),

commenced on ____June 25, 2008____ and ended on __2/11/08_____ ; ( )

_____ and ended on _____ . ( )

3161(h)

___(1)(A)       Exam or hrg for **mental or physical incapacity**                              A

___(1)(B)       **NARA exam**ination (28:2902)                                                 B

___(1)(D)       State or Federal trials or **other charges pending**                           C

___(1)(E)       **Interlocutory appeals**                                                      D

___(1)(F)       **Pretrial motions** (from flg to hrg or other prompt dispo)                   E

___(1)(G)       **Transfers from other district** (per FRCrP 20, 21 & 40)                      F

___(1)(J)       **Proceedings under advisement** not to exceed thirty days                     G

___            Misc proc:  Parole or prob rev, deportation, **extradition**                    H

___(1)(H)       **Transportation** from another district or to/from examination               6
                or hospitalization in ten days or less

✓(1)(I)        Consideration by Court of **proposed plea agreement**                          7

___(2)          **Prosecution deferred** by mutual agreement                                   I

___(3)(A)(B)    **Unavailability of defendant** or **essential witness**                       M

___(4)          Period of **mental or physical incompetence** of defendant to                 N
                stand trial

___(5)          Period of **NARA commitment or treatment**                                     O

___(6)          **Superseding indictment and/or new charges**                                 P

___(7)          **Defendant awaiting trial of co-defendant** when no severance                R
                has been granted

___(8)(A)(B)    **Continuance**s granted per (h)(8)-use "T" alone if more than                 T
                one of the reasons below are given in support of continuance

___(8)(B)(I)    1) Failure to grant a **continuance** in the proceeding                        T1
                   would result in a **miscarriage of justice** and
                   the ends of justice outweigh the best interest
                   of the public and the defendant in a speedy trial.
                   **(Continuance - miscarriage of justice)**
✓               2) Failure to grant a **continuance** of the trial would result in
                   a miscarriage of justice as the defendant has tendered a
                   guilty plea to a magistrate judge and is awaiting a
                   determination as to whether the plea will be accepted.
                   **(Continuance - tendered a guilty plea)**

___(8)(B)(ii)   2) **Case** unusual or **complex**                                             T2

___(8)(B)(iii)  3) **Indictment** following arrest **cannot be filed** in thirty (30) days     T3

___(8)(B)(iv)   4) **Continuance** granted in order to obtain or substitute counsel,           T4
                   or give reasonable time to prepare
                   **(Continuance re counsel)**

___3161(I)      Time up to **withdrawal of guilty plea**                                       U

___3161(b)      **Grand jury indictment time extended** thirty (30) more days                  W

Date **6/25/08**

Judge's Initials